[Cite as *State v. Ransom*, 2022-Ohio-1060.]

## COURT OF APPEALS OF OHIO

## EIGHTH APPELLATE DISTRICT
## COUNTY OF CUYAHOGA

| | | |
|---|---|---|
| STATE OF OHIO, | : | |
| Plaintiff-Appellee, | : | |
| | | No. 110271 |
| v. | : | |
| JAQUAN RANSOM, | : | |
| Defendant-Appellant. | : | |

---

JOURNAL ENTRY AND OPINION

**JUDGMENT:** AFFIRMED
**RELEASED AND JOURNALIZED:** March 31, 2022

---

Criminal Appeal from the Cuyahoga County Court of Common Pleas
Case No. CR-19-640250-E

---

*Appearances:*

Michael C. O'Malley, Cuyahoga County Prosecuting Attorney, and Kevin R. Filiatraut, Assistant Prosecuting Attorney, *for appellee.*

Joseph V. Pagano, *for appellant.*

LISA B. FORBES, J.:

## I. Facts and Procedural History

{¶ 1} On January 6, 2020, Jaquan Ransom ("Ransom") pled guilty to: involuntary manslaughter, a first-degree felony, in violation of R.C. 2903.04 with a three-year firearm specification; aggravated robbery, a first-degree felony, in

violation of R.C. 2911.01(A)(3) with firearm specifications; felonious assault, a second-degree felony, in violation of R.C. 2903.11(A)(2) with firearm specifications; felonious assault, a second-degree felony, in violation of R.C. 2903.11(A)(1); and having weapons while under disability, a third-degree felony, in violation of R.C. 2923.13(A)(2) with firearms specifications. On January 6, 2021, the court sentenced Ransom to a minimum of 30 and a maximum of 35 years in prison.

{¶ 2} It is from this sentence that Ransom appeals, arguing that the Reagan Tokes Law is unconstitutional because it violates the right to trial by jury, the separation-of-powers doctrine, and the right to due process.

## II. Law and Analysis

{¶ 3} Ransom's assignment of error is overruled pursuant to this court's en banc decision in *State v. Delvallie*, 8th Dist. Cuyahoga No. 109315, 2022-Ohio-470.

{¶ 4} Judgment affirmed.

It is ordered that appellee recover from appellant costs herein taxed.

The court finds there were reasonable grounds for this appeal.

It is ordered that a special mandate issue out of this court directing the common pleas court to carry this judgment into execution.

A certified copy of this entry shall constitute the mandate pursuant to Rule 27 of the Rules of Appellate Procedure.

_____
LISA B. FORBES, JUDGE

EILEEN A. GALLAGHER, P.J., and
MARY EILEEN KILBANE, J., CONCUR


N.B. The author of this opinion is constrained to apply *Delvallie*. For a full explanation, *see State v. Delvallie*, 8th Dist. Cuyahoga No. 109315, 2022-Ohio-470 (Forbes, J., dissenting).

Judge Mary Eileen Kilbane joined the dissenting opinion by Judge Lisa B. Forbes and the concurring in part and dissenting in part opinion by Judge Anita Laster Mays in *Delvallie* and would have found the Reagan Tokes Law unconstitutional.